# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142388 & (105)

YOLANDA JOHNSON, Successor Personal
Representative of the Estate OF VERA
JACKSON, Deceased,
        Plaintiff-Appellant,

v

SC: 142388
COA: 293304
Wayne CC: 08-123817-NH

DETROIT MEDICAL CENTER, HARPER-
HUTZEL HOSPITAL, ANDRE R. NUNN, M.D.,
and DETROIT SURGICAL SPECIALISTS,
P.C., d/b/a Detroit Bariatrics,
        Defendants-Appellees.

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the December 21, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2011

_____
Clerk

d0713